

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| RICHARD CHEROSKE, BLUE CASTLE PROPERTY MANAGEMENT, LLC, 190 ORANGE AVENUE AND DAVID PENNY, | § | No. 08-11-00087-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| | § | (TC# 2009-3537) |
| DYER STREET, LLC, | § | |
| Appellee. | § | |
| | § | |

**O R D E R**

On February 23, 2022, the Appellants filed a response regarding the status of bankruptcy. Appellants represent to the Court the bankruptcy proceedings were resolved. Therefore, on the Court's own motion, the above-styled and numbered cause is hereby REINSTATED.

IT IS SO ORDERED this 1st day of March, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley JJ.